## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Good Shepherd Rehabilitation
Network, Inc.

      v.                       :          No. 1646 C.D. 2019

City of Allentown,
             Appellant

**PER CURIAM**                  **O R D E R**

NOW, May 4, 2021, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is denied.